FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

MAY 2 5 2006
1:44 p.m.
Stephan Harris, Clerk
Cheyenne

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

## ORDER

The undersigned judge of this Court doubts that electronic filing of pleadings will always be as certain as the U.S. Mail Service and the mailing thereof, and believes that proof of filing of pleadings may also be difficult in some cases; it therefore is

**ORDERED** that in all cases, both civil and criminal, assigned to the undersigned, counsel for any of the parties shall continue to file all pleadings by paper filing, and shall serve all opposing counsel and the undersigned with a paper filing by United States Mail; and that the Clerk of this Court shall file a copy of this Order in all cases assigned to the undersigned. Counsel in each case may, in addition and in their discretion, serve opposing counsel with electronic copies of all such pleadings. However, the proof of filing of such pleadings shall be by proof of the mailing of written paper copies.

**DATED** this 25th day of May, 2006.

CLARENCE A. BRIMMER,
UNITED STATES DISTRICT JUDGE